UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RISHARD L.A. EDWARDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17-CV-2781 JMB |
| | ) |
| CBM MANAGED SERVICES, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Upon review of the Court file, the Court notes that there has been no activity in this action since the filing of the return of proof of service upon defendant CBM Managed Services a/k/a Catering by Marlin's, Inc.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff shall, within twenty-eight (28) days of the date of this Memorandum and Order, file appropriate motions for entry of default and for default judgment, pursuant to Fed.R.Civ.P.55(a) and 55(b), supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

**IT IS FURTHER ORDERED** that the Clerk shall mail a copy of this Memorandum and Order, along with Plaintiff's complaint and Doc. Nos. 4-6, to Catering By Marlin's, Inc., 500 E. 52nd St. North, Sioux Falls, South Dakota, 57104.

**IT IS FURTHER ORDERED** that Plaintiff's failure to comply with this Order may result in dismissal of this action, without prejudice.

Dated this 15th day of January, 2018

*/s/ John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE